UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent, v. TRIBOROUGH BRIDGE AUTHORITY et al., Respondents, and UNITED STATES OF AMERICA, Intervener, Appellant.— Judgment affirmed, with costs to the plaintiff-respondent. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.; Callahan, J., dissents and votes to modify by allowing the intervener all sums in excess of those claimed by plaintiff. (See *Friedman v. Bd. of Education of City of New York*, 256 App. Div. 318, affd. 280 N. Y. 829.) [See 270 App. Div. 754.]

H. LYMAN HOOKER, Judgment-Creditor-Appellant, v. JOHN S. WOOD, Judgment-Debtor-Defendant, and E & G IMPROVEMENT CORP., Intervener, Judgment-Creditor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Callahan and Wasservogel, JJ.

In the Matter of ELECTRIC MOTORS CORPORATION, Appellant, against NORMAN H. WRIGHT et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Callahan and Wasservogel, JJ.

DELIA M. CASSIDY, Individually and as Guardian ad Litem of CATHERINE CASSIDY, an Infant, Respondent, v. LENOX HILL HOSPITAL, Appellant.— Order affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Callahan and Wasservogel, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and deny the motion.

E. R. SQUIBB & SONS, Respondent, v. IRA J. SHAPIRO Co., INC., Appellant.— Order unanimously modified by directing the examination to proceed before an official referee; and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Callahan and Wasservogel, JJ.

ROSS WASHER, Appellant, v. GEORGE SEAGER et al., Defendants, and VANETTA SPORTSCLOTH CORP., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Callahan and Wasservogel, JJ.

MORRIS H. WEBER, as Administrator of the Estate of SYLVIA REGGES, Deceased, Appellant, v. STERN BROTHERS, Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Callahan and Wasservogel, JJ.

ALICE F. ARAMS, Appellant, v. RICHARD F. ARAMS, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Callahan and Wasservogel, JJ.

EMANUEL N. BISSO, Respondent, v. MILDRED B. BISSO et al., Appellants.— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Callahan and Wasservogel, JJ.

EMANUEL N. BISSO, Respondent, v. MILDRED B. BISSO et al., Appellants.— Order affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Dore, Callahan and Wasservogel, JJ.; Callahan, J., dissents as to the second separate, distinct and affirmative defense in the proposed amended answer of defendant Mildred Bedell Da Gama and votes to grant the motion of said defendant for leave to amend her answer on the ground that because of the nature of the action (one for declaratory judgment) said defense is a proper one. [See *post*, p. 1024.]

SAM GREENWALD, Respondent, v. STERLING BAKERY, INC., Defendants, and FINGER LAKES AND HUDSON FLOUR MILLS, INC., Appellant.— Order entered